No. 03–10952. PATRICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10953. LENOIR v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–10954. KRONCKE v. TRUILLO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10955. PRESINAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10956. ECKARDT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10957. TURAY v. SELING. C. A. 9th Cir. Certiorari denied.

No. 03–10959. HOWE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10960. GWINN v. AWMILLER ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–10962. JOHNSON v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 03–10963. HIGH v. MCGRATH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10965. HEAD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10966. BEJARANO GUILLEN, AKA BEJARAAO GUILLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10967. HOOKER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10968. HIGHERS v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10969. FARRIS v. SHUPING ET AL. Ct. App. Ga. Certiorari denied.

No. 03–10970. GRANDISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.